RECEIVED
ENTERED             SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 2 8 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT R. GARCIA, JR., | 3:10-cv-0189-RCJ (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 28, 2010 |
| JASON GEER, et al., | |
| Defendants. | |

PRESENT: THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK: JENNIFER COTTER          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants have filed a Motion for Enlargement of Time to File Responsive Pleading (First Request) (Doc. #10). Good cause appearing,

Defendants' Motion for Enlargement of Time to File Responsive Pleading (First Request) (Doc. #10) is **GRANTED**. Defendants shall have to and including **January 18, 2011**, in which to file a responsive pleading.

**IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                                    By:_____/s/_____
                                                         Deputy Clerk