AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

ALBERT R. GARCIA, JR.,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                              CASE NUMBER:  **3:10-CV-00189-RCJ-WG**

JASON GEER, et al.,

    Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment (#19) is **GRANTED**.

February 1, 2012                                     **LANCE S. WILSON**
                                                                          Clerk

                                                                       /s/ D. R. Morgan
                                                                       Deputy Clerk